Filed Date: 7/26/2022
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN OFFICE

ADW
F.#2015R00471/OCDETF #NY-NYE-777

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

RAFAEL CARO QUINTERO,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

P R O P O S E D   O R D E R

CR 15-208 (FB)

Upon the application of BREON PEACE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Andrew D. Wang, for an order unsealing the July 26, 2018 arrest warrant for defendant Rafael Caro Quintero, previously issued based on the third superseding indictment in the above-captioned case.

WHEREFORE, it is ordered that the July 26, 2018 arrest warrant for defendant Rafael Caro Quintero, previously issued based on the third superseding indictment in the above-captioned case be unsealed.

Dated:    Brooklyn, New York
              7/26/22, 2022

*Lois Bloom*
HONORABLE LOIS BLOOM
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK