

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

ADW
F. #2015R00471/OCDETF #NY-NYE-777

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 26, 2022

By E-mail

The Honorable Lois Bloom
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Rafael Caro Quintero
               Criminal Docket No. 15-208 (FB)

Dear Judge Bloom:

      The government respectfully moves for an order unsealing July 26, 2018 arrest warrant for defendant Rafael Caro Quintero, previously issued based on the third superseding indictment in the above-captioned case.

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:    /s/
      Andrew D. Wang
      Assistant U.S. Attorney
      (718) 254-6311

Enclosure

cc:    Clerk of Court (by ECF)