UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -                                                  15-CR-208 (FB)

RAFAEL CARO QUINTERO and
ISMAEL QUINTERO ARELLANES, et. al.,

       Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorney Chand Edwards-Balfour from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

    Assistant U.S. Attorney Chand Edwards-Balfour
    United States Attorney's Office (Criminal Division)
    271-A Cadman Plaza East
    Brooklyn, New York 11201
    Tel: (718) 254-6238
    Email: chand.edwards-balfour@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Chand Edwards-Balfour at the email address set forth above.

Dated: Brooklyn, New York
March 18, 2025

Respectfully submitted,

JOHN J. DURHAM
United States Attorney

By: /s/ Chand Edwards-Balfour
Chand Edwards-Balfour
Assistant U.S. Attorney

cc: Clerk of the Court (FB)