

U.S. Department of Justice

United States Attorney
Eastern District of New York

SK/FJN/ADW/CWE
F.#2015R00471

271 Cadman Plaza East
Brooklyn, New York 11201

April 25, 2025

By ECF

The Honorable Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: United States v. Rafael Caro Quintero
      Criminal Docket No. 15-208 (FB)

Dear Judge Block:

    Pursuant to the Court's order issued on March 26, 2025, the government respectfully submits this letter to notify the Court on how discovery is proceeding. On April 8, 2025, and April 21, 2025, the government provided defense counsel with discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. Those productions included, among other things, electronic communications between co-conspirators intercepted pursuant to Title III orders, as well as photographs and reports relating to several seizures of controlled substances. The government anticipates providing defense counsel with additional discovery on a rolling basis in the coming weeks and months. In addition,

the government is currently evaluating whether this case may implicate classified discovery and the pretrial procedures set forth in the Classified Information Procedures Act.

Respectfully submitted,

JOHN J. DURHAM
United States Attorney

By: _____/s/_____
Saritha Komatireddy
Francisco J. Navarro
Andrew D. Wang
Chand W. Edwards-Balfour
Assistant U.S. Attorneys
(718) 254-7000

cc: Clerk of Court (FB) (By ECF)
All counsel of record (By ECF)