UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

RAFAEL CARO QUINTERO,

*Defendant.*

No. 15-cr-208 (FB)

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendant Rafael Caro Quintero. I

certify that I am admitted to practice in this Court.


Dated: June 20, 2025
New York, New York



_____
Cristina Alvarez

BLOCH & WHITE LLP
152 West 57th Street, 8th Floor
New York, New York 10019
(646) 780-8055
calvarez@blochwhite.com

*Counsel for Rafael Caro Quintero*