AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 15 CR 208 (FB) |
| RAFAEL CARO QUINTERO | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

RAFAEL CARO QUINTERO                .

Date:   6/23/2025

*Attorney's signature*

VIRGINIA G. ALVAREZ VA1808
*Printed name and bar number*
233 BROADWAY, SUITE 2348
NEW YORK, NY 10279

*Address*

VIRGINIA@ALVAREZNYLAW.COM
*E-mail address*

212-964-5200
*Telephone number*

212-226-3224
*FAX number*

Print   Save As...   Reset