## USA  V.  QUINTERO
### CR-15-208

**AUSA's**

**Francisco J Navarro**

**Saritha Komatireddy**

**Chand Warren Edwards-Balfour**

**Miranda Gonzalez**


**Defendants:**

| | |
|---|---|
| **Rafael Caro Quintero** | **Mark De Marco** |
| | **Elizabeth E Macedonio (Learned Counsel)** |
| | **Virginia Alverez** |
| | **Victor Abreu, Federal Community Defender Office**<br>       **Eastern District of Pennsylvania** |
| **Ismael Quintero Arellanes** | **Linda George** |