

## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

*James Joseph McHugh Jr., Esq.*

DATE OF ADMISSION

*December 16, 1986*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: July 2, 2025

Nicole Traini
Chief Clerk