

# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Victor J. Abreu Jr., Esq.

DATE OF ADMISSION

*March 7, 1994*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: July 14, 2025

*Nicole Traini*

Nicole Traini
Chief Clerk