

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SK/FJN/ADW/CWE/MG
F.#2015R00471/OCDETF #NY-NYE-777

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 15, 2025

By USAFx

Elizabeth E. Macedonio, Esq.
52 Duane Street, 7th Floor
New York, New York 10007

Mark S. DeMarco, Esq.
100 Lafayette Street, Suite 501
New York, NY 10013

Linda George, Esq.
577 Summit Avenue
Hackensack, NJ 07601

      Re:    United States v. Rafael Caro Quintero, et al.
                   Criminal Docket No. 15-208 (FB)

Dear Counsel:

      Enclosed please find supplemental discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. Please note the enclosed items constitute SENSITIVE DISCOVERY MATERIAL and are governed by the Stipulation and Orders previously entered by the Court (ECF Nos. 82, 99). The government also requests reciprocal discovery from the defendants.

      Enclosed please find:

- Documents from Costa Rica or related to the defendant's arrest in 1985 (Bates-numbered SENSITIVE_QUINTERO000706-SENSITIVE_QUINTERO001094);

- Recorded statements of the defendant after his arrest in 1985 (in file folders Bates-numbered SENSITIVE_QUINTERO001095-SENSITIVE_QUINTERO001096);

- Signed declarations of the defendant after his arrest in 1985 (Bates-numbered SENSITIVE_QUINTERO003881-SENSITIVE_QUINTERO003922);

- Documents related to a February 21, 2015 seizure (Bates-numbered SENSITIVE_QUINTERO001097-SENSITIVE_QUINTERO003880);

- A transcript of a portion of the recorded interrogation and torture of Drug Enforcement Administration Special Agent Enrique Camarena (Bates-numbered SENSITIVE_QUINTERO003923-SENSITIVE_QUINTERO003947).

You may examine physical evidence by calling us to arrange a mutually convenient time. Please contact us if you have any questions or requests regarding discovery in this matter.

Very truly yours,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/
Saritha Komatireddy
Francisco J. Navarro
Andrew D. Wang
Chand W. Edwards-Balfour
Miranda Gonzalez
Assistant U.S. Attorneys
(718) 254-7000

Enclosures

cc: Clerk of the Court (FB) (by ECF) (without enclosures)