

52 Duane Street – 7th Floor – New York, New York 10007
Telephone • 917-533-5965 • Email: Emacedonio@Yahoo.com

September 18, 2025

***Via ECF***

Honorable Frederic Block
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>United States v. Rafael Caro Quintero</u>
15 Cr. 208 (FB)

Dear Judge Block:

We write at the Court's suggestion setting forth language the parties believe is appropriate for an order relating to counsel's efforts to resolve some of the issues relating to Mr. Caro Quintero's conditions of confinement. With the exception noted in bold, the parties suggest the following language:

> *The U.S. Bureau of Prisons ("BOP") is directed to confer with defense counsel for Rafael Caro Quintero ("the defendant") and the government with respect to the conditions under which the defendant is being held at the Metropolitan Detention Center ("MDC").*
>
> *The parties are directed to discuss 1) the facilitation of the defendant's access to counsel, including, but not limited to, the ability to jointly meet with multiple members of his legal team and review discovery and contact visits, consistent with the terms of Section 2(c) of the Special Administrative Measures ("SAMs") currently imposed, 2) the defendant's medical care, and 3) the defendant's access to family.*
>
> *The BOP shall make all reasonable accommodations, consistent with the SAMs, to facilitate the defendant's ability to review and discuss discovery with defense counsel and otherwise have attorney-client meetings as well as his contact with family members and access to medical care.*
>
> *A status conference on these issues is set for October 16, 2025, at noon. No later than October 13, 2025, the government shall file a letter with*

Honorable Frederic Block
United States District Judge
September 18, 2023

> the Court regarding the status of defense counsel's requests. ==Should the parties be unable to resolve the issues, the appropriate person from BOP is directed to appear in court on October 16. 2025.== Defense counsel reserves the right to request an order from the Court regarding these issues.

The government objects to the highlighted sentence above, but is in agreement with the remainder of the language. We thank Your Honor for his continued consideration in this matter.

Respectfully submitted,

*Elizabeth E. Macedonio*

Elizabeth E. Macedonio
Mark DeMarco
Victor Abreu
James McHugh
*Counsel for Defendant*
*Rafael Caro Quintero*