

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

FJN/ADW/CWE/MG/KPO
F.#2015R00471/OCDETF #NY-NYE-777

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 11, 2026

<u>By USAFx</u>

Elizabeth E. Macedonio, Esq.
52 Duane Street, 7th Floor
New York, New York 10007

Mark S. DeMarco, Esq.
100 Lafayette Street, Suite 501
New York, NY 10013

Linda George, Esq.
577 Summit Avenue
Hackensack, NJ 07601

> Re: United States v. Rafael Caro Quintero, et al.
> <u>Criminal Docket No. 15-208 (FB)</u>

Dear Counsel:

Enclosed please find supplemental discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. Please note the enclosed items constitute SENSITIVE DISCOVERY MATERIAL and are governed by the Stipulation and Orders previously entered by the Court (ECF Nos. 82, 99). The government also requests reciprocal discovery from the defendants.

Enclosed please find miscellaneous photographs, records relating to phone communications, property receipts, and law enforcement reports (Bates-numbered SENSITIVE_QUINTERO003948 – SENSITIVE_QUINTERO004009).

You may examine physical evidence by calling us to arrange a mutually convenient time.  Please contact us if you have any questions or requests regarding discovery in this matter.

Very truly yours,

JOSEPH NOCELLA, JR.
United States Attorney

By:	/s/
Francisco J. Navarro
Andrew D. Wang
Chand W. Edwards-Balfour
Miranda Gonzalez
Katherine P. Onyshko
Assistant U.S. Attorneys
(718) 254-7000

Enclosures

cc:	Clerk of the Court (FB) (by ECF) (without enclosures)