**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

FJN:ADW
F. #2015R00471

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 1, 2026

By ECF
The Honorable Frederic Block
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Rafael Caro Quintero, et al.
Criminal Docket No. 15-208 (S-3) (FB)

Dear Judge Block:

The government respectfully submits this letter to document its sealed, ex parte and in camera letter filing earlier today, via the Classified Information Security Officer, requesting from the Court an extension of the filing deadline for the government's motion pursuant to the Classified Information Procedures Act, Title 18, United States Code, Appendix III, Section 4.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/
Francisco J. Navarro
Andrew D. Wang
Chand Edwards-Balfour
Miranda Gonzalez
Katherine Onyshko
Assistant U.S. Attorneys
(718) 254-7000

cc: Clerk of Court (FB) (by ECF)
Defense Counsel (by email)